# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101-1708

---

In re:

Doretta S. Plante
    Debtor(s)

Mark Cornell, Trustee of the Estate of
Doretta S. Plante
    Plaintiff

v.

Daniel P. Plante,
Doretta S. Plante and
Wells Fargo Shareholders Services
    Defendant

Bk. No. 15-10897-BAH
Chapter 7

Adv. No. 16-01031-BAH

---

## CERTIFICATE OF SERVICE

I, **Daniel C. Proctor, Esq.** (name), certify that service of this summons and a copy of the complaint was made **April 5, 2016** (date) by:

- [X] Mail Service: Regular, first class United States mail, postage fully pre-paid addressed to: [see attached list]  AND BY CERTIFIED MAIL

- [ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: [see attached list]

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Date: April 5, 2016

_____
Signature

Print Name: Daniel C. Proctor, Esq., #02124

Business Address: P.O. Box 3544

Concord, NH 03302-3544

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: ) | Case No.: 15-10897-BAH |
| ) | Chapter 7 |
| DORETTA S. PLANTE, ) | |
| ) | |
| Debtor ) | |
| _____) | |
| ) | |
| MARK P. CORNELL, TRUSTEE FOR ) | Adv. No.: 16-01031-BAH |
| ESTATE OF DORETTA S. PLANTE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL P. PLANTE, DORETTA S. ) | |
| PLANTE AND WELLS FARGO ) | |
| SHAREHOLDER SERVICES, ) | |
| ) | |
| Defendants ) | |

## SERVICE LIST

Daniel P. Plante                                          First Class Mail & Certified Mail
P.O. Box 5562
Gulf Shore, AL 36547


Doretta S. Plante                                         First Class Mail & Certified Mail
12 Scottie Way
Amherst, NH 03031


Wells Fargo Shareholder Services                          First Class Mail & Certified Mail
P.O. Box 64854
St. Paul, MN 55164